# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



FILED
2007 NOV 27 P 1: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Lavanya Agrawal (A#075 473 986)

C07 05595

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Chertoff, Secretary DHS; Emilio T. Gonzales, Director USCIS; Rosemary Melville, District Director USCIS San Francisco District Office; Francis Siciliano, O-I-C San Jose Sub-Office; Robert Mueller, Director FBI; Peter Keisler, Acting US Attorney General

TO: (Name and address of defendant)

Mr. Michael Chertoff, Secretary US Department of Homeland Security Washington DC 20528
Mr. Emilio T. Gonzales, Director US Citizenship and Immigration Services Washington DC 20528
Ms. Rosemary Melville, Dist Dir USCIS San Francisco Dist Offc 630 Sansome St. San Francisco, CA 94111
Mr. Francis Siciliano, Officer-in-Charge San Jose Sub Office 1887 Monterey Road San Jose, CA 95112
Robert Mueller, Director FBI 935 Pennsylvania Ave, NW Washington, DC 20535
Peter Keisler, Acting US Attorney General 950 Pennsylvania Avenue NW Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Millie Anne M.L. Sumcad (CA State Bar Number 127091)
Schwerin and Sumcad
84 West Santa Clara Street, Suite 550
San Jose, CA 95113
Telephone Number: 408-295-4232
FAX: 408-295-4771

an answer to the complaint which is herewith served upon you, within –60– days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 11/27/7

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 11/05/2007 |
| Name of SERVER  Adam S. Zuckerman | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☒  Other *(specify):*

USPS Certified Mail with Return Receipt requested.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/05/2007
                *Date*

*Signature of Server*
84 West Santa Clara Street, Suite 550
San Jose, CA  95113
*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 9534 0259**
Detailed Results:

- Delivered, November 07, 2007, 10:36 am, SAN FRANCISCO, CA 94111
- Arrival at Unit, November 07, 2007, 9:26 am, SAN FRANCISCO, CA 94105
- Acceptance, November 05, 2007, 4:49 pm, SAN JOSE, CA 95113

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Certified Mail Receipt sent to: Rosemary Melville, District Director, USCIS San Francisco Dist. Office, 630 Sansome Street, San Francisco, CA 94111