# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*FILED*
2007 NOV 27 P 1: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Lavanya Agrawal (A#075 473 986)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 05595 RS

V.

Michael Chertoff, Secretary DHS; Emilio T. Gonzales, Director USCIS; Rosemary Melville, District Director USCIS San Francisco District Office; Francis Siciliano, O-I-C San Jose Sub-Office; Robert Mueller, Director FBI; Peter Keisler, Acting US Attorney General

TO: (Name and address of defendant)

Mr. Michael Chertoff, Secretary  US Department of Homeland Security  Washington DC  20528
Mr. Emilio T. Gonzales, Director  US Citizenship and Immigration Services  Washington DC  20528
Ms. Rosemary Melville, Dist Dir  USCIS San Francisco Dist Offc  630 Sansome St. San Francisco, CA 94111
Mr. Francis Siciliano, Officer-in-Charge  San Jose Sub Office  1887 Monterey Road San Jose, CA  95112
Robert Mueller, Director  FBI  935 Pennsylvania Ave, NW  Washington, DC 20535
Peter Keisler, Acting US Attorney General  950 Pennsylvania Avenue NW  Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Millie Anne M.L. Sumcad (CA State Bar Number 127091)
Schwerin and Sumcad
84 West Santa Clara Street, Suite 550
San Jose, CA  95113
Telephone Number: 408-295-4232
FAX: 408-295-4771

an answer to the complaint which is herewith served upon you, within –60– days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 11/27/7

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/05/2007 |

| Name of SERVER | TITLE |
|---|---|
| Adam S. Zuckerman | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify)*:
USPS Certified Mail with Return Receipt requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/05/2007
                    Date

Signature of Server
84 West Santa Clara Street, Suite 550
San Jose, CA   95113
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 9534 0167**
Detailed Results:

- **Delivered, November 13, 2007, 3:22 am, WASHINGTON, DC 20535**
- **Notice Left, November 13, 2007, 1:55 am, WASHINGTON, DC 20535**
- **Arrival at Unit, November 13, 2007, 12:31 am, WASHINGTON, DC 20022**
- **Acceptance, November 05, 2007, 4:50 pm, SAN JOSE, CA 95113**

Track & Confirm

Enter Label/Receipt Number.

[ Go > ]

[ < Back ]    [ Return to USPS.com Home > ]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. [ Go > ]

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts
Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Robert Mueller, Director
Street, Apt. No.; or PO Box No.: FBI, 935 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20535

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0000 9534 0167