JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAVANYA AGRAWAL, ) | |
|                        Plaintiff, ) | No. C 07-5595 RS |
|               v. ) | ANSWER |
| MICHAEL CHERTOFF, Secretary, DHS; ) | |
| EMILIO GONZALEZ, USCIS Director; ) | |
| ROSEMARY MELVILLE, District Director, ) | |
| USCIS, San Francisco District Office; ) | |
| FRANCIS SICILIANO, Officer-in-Charge, ) | |
| USCIS, San Jose sub-office; ) | |
| ROBERT MUELLER, Director, FBI; ) | |
| PETER KEISLER, Acting US Attorney General, ) | |
|                      Defendants. ) | |

    Defendants hereby submit their answer to Plaintiff's Complaint for Relief in the Nature of Mandamus.

**INTRODUCTION**

    1. Paragraph One consists of Plaintiff's characterizations of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

    2. Paragraph Two consists of Plaintiff's characterizations of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the

1 | allegations therein.

## PARTIES

3. Defendants deny the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four regarding the named Defendants within the Department of Homeland Security; however, Defendants deny the allegations regarding Defendants Keisler and Mueller.

## FACTS

5. Defendants admit the allegations in Paragraph Five.

6. Defendants deny the allegations in Paragraph Six.

7. Defendants admit the allegations in Paragraph Seven, with the exception that Plaintiff was interviewed, not examined, on April 18, 2006.

8. Defendants lack sufficient information to admit or deny the allegations in Paragraph Eight, and on that basis, deny them.

9. Defendants lack sufficient information to admit or deny the allegations in Paragraph Nine, and on that basis, deny them.

10. Defendants lack sufficient information to admit or deny the allegations in Paragraph Ten, and on that basis, deny them.

11. Defendants lack sufficient information to admit or deny the allegations in Paragraph Eleven, and on that basis, deny them.

12. Defendants admit that Plaintiff's application is pending FBI backgrounds checks, and Plaintiff passed the English and civics tests. Defendants lack sufficient information to admit or deny Plaintiff's eligibility for naturalization, and on that basis, deny the remaining allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants lack sufficient information to admit or deny the allegations in Paragraph Fourteen, and on that basis, deny them.

## CLAIMS

15. Defendants deny the allegations in Paragraph Fifteen.

16. Defendants deny the allegatons in Paragraph Sixteen.

1. 17. Defendants deny the allegations in Paragraph Seventeen.
2. 18. Defendants lack sufficient information to admit or deny the allegations in Paragraph Eighteen, and on that basis, deny them.
3. 19. Defendants deny the allegations in Paragraph Nineteen.
4. 20. Defendants deny the allegations in Paragraph Twenty.

The remaining allegations consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

### FIRST AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over the subject matter of this action

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the Complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

### FIFTH AFFIRMATIVE DEFENSE

The Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

///
///
///
///
///
///
///

**1**  WHEREFORE, Defendants pray for relief as follows:

**2**  That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint
**3**  with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just
**4**  and proper under the circumstances.

**5**  Dated: January 7, 2008                                Respectfully submitted,

**6**                                                                           JOSEPH P. RUSSONIELLO
                                                                                 United States Attorney
**7**

**8**                                                                                    /s/
                                                                                 MELANIE L. PROCTOR
**9**                                                                           Assistant United States Attorney
                                                                                 Attorneys for Defendants