1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LAVANYA AGRAWAL,                           )
                                           )   No. C 07-5595 RS
           Plaintiff,                      )
                                           )
    v.                                     )   **DEFENDANTS' CONSENT TO**
                                           )   **MAGISTRATE JUDGE JURISDICTION**
MICHAEL CHERTOFF, Secretary, DHS;          )
EMILIO GONZALEZ, USCIS Director;           )
ROSEMARY MELVILLE, District Director,      )
USCIS, San Francisco District Office;      )
FRANCIS SICILIANO, Officer-in-Charge,      )
USCIS, San Jose sub-office;                )
ROBERT MUELLER, Director, FBI;             )
PETER KEISLER, Acting US Attorney General, )
                                           )
           Defendants.                     )
_____)

///

///

///

///

///

///

///

///

Consent to Magistrate Jurisdiction
C07-5595 RS                                1

1  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants in
2  this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all
3  further proceedings in the case, including trial, and order the entry of a final judgment.

4  Dated: January 7, 2008                    Respectfully submitted,

5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney

7                                            _____/s/_____
                                             MELANIE L. PROCTOR
8                                            Assistant United States Attorney
                                             Attorneys for Defendants

2