**\*E-FILED 1/9/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LAVANYA AGRAWAL,                                                    NO. C 07-05595 RS

    Plaintiff,                                                                    **ORDER**

  v.

MICHAEL CHERTOFF, et al.,

    Defendants.
_____/

    In this action, plaintiff seeks to compel defendants to take action on her application for naturalization. It appears the issues raised in the complaint likely are amenable to resolution on summary judgment. The parties are directed, therefore, to file cross-motions for summary judgment as promptly as practicable.

    The Order Setting Initial Case Management Conference and ADR Deadlines entered on November 2, 2007, in this action is hereby VACATED.

IT IS SO ORDERED.

Dated: January 9, 2008

                                                 RICHARD SEEBORG
                                                 United States Magistrate Judge

ORDER
C 07-05595 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Melanie Lea Proctor    Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov

Millie Anne Sumcad    msumcad@ix.netcom.com, adamz@ix.netcom.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 1/9/08**                                                **Chambers of Judge Richard Seeborg**

                                                                **By:**      **/s/ BAK**

ORDER
C 07-05595 RS

2