Schwerin and Sumcad
84 West Santa Clara Street, Suite 550
San Jose, CA 95113
Telephone Number: 408-295-4232
FAX: 408-295-4771
Millie Anne M.L. Sumcad (CA State Bar No. 127091)
Email: msumcad@ix.netcom.com

Attorney for Plaintiff, Lavanya Agrawal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lavanya Agrawal, | No. C 07-05595 RS |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Michael Chertoff, Secretary, DHS, et al., | Date: February 20, 2008<br>Time: 9:30 am |
| Defendants. | |

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on February 20, 2008, at 9:30 am time, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 South First Street, San Jose, CA 95113, in the courtroom of United States Magistrate Judge Richard Seeborg, Plaintiff Lavanya Agrawal will and hereby does move the Court for summary judgment on her petition for writ of mandamus.

Plaintiff asserts that there is no genuine issue of material fact in dispute and that she is entitled to judgment as a matter of law.

1      This motion is based upon this Notice of Motion and Motion, the
2  accompanying Memorandum of Points and Authorities, the declaration of Plaintiff,
3  all pleadings and papers on file in this action, and upon such other matters as may
4  be presented to the Court at the time of the hearing.

6  Dated: 1/14/2008

                                              Millie Anne Sumcad
                                              Attorney for Plaintiff