Schwerin and Sumcad
84 West Santa Clara Street, Suite 550
San Jose, CA 95113
Telephone Number: 408-295-4232
FAX: 408-295-4771
Millie Anne M.L. Sumcad (CA State Bar No. 127091)
Email: msumcad@ix.netcom.com

Attorney for Plaintiff, Lavanya Agrawal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lavanya Agrawal,<br><br>Plaintiff,<br><br>v.<br><br>Michael Chertoff, Secretary, DHS, et al.,<br><br>Defendants. | No. C 07-05595 RS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 20, 2008<br>Time: 9:30 am |

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on February 20, 2008, at 9:30 am time, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 South First Street, San Jose, CA 95113, in the courtroom of United States Magistrate Judge Richard Seeborg, Plaintiff Lavanya Agrawal will and hereby does move the Court for summary judgment on her petition for writ of mandamus.

Plaintiff asserts that there is no genuine issue of material fact in dispute and that she is entitled to judgment as a matter of law.

1     This motion is based upon this Notice of Motion and Motion, the
2 accompanying Memorandum of Points and Authorities, the declaration of Plaintiff,
3 all pleadings and papers on file in this action, and upon such other matters as may
4 be presented to the Court at the time of the hearing.

5

6 Dated: 1/14/2008

                                                  Millie Anne Sumcad
                                                  Attorney for Plaintiff

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Schwerin and Sumcad
84 West Santa Clara Street, Suite 550
San Jose, CA 95113
Telephone Number: 408-295-4232
FAX: 408-295-4771
Millie Anne M.L. Sumcad (CA State Bar No. 127091)
Email: msumcad@ix.netcom.com

Attorney for Plaintiff, Lavanya Agrawal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lavanya Agrawal, | ) No. C 07-05595 RS |
| | ) |
| Plaintiff, | ) **MEMORANDUM OF POINTS AND** |
| | ) **AUTHORITIES IN SUPPORT OF** |
| v. | ) **MOTION FOR SUMMARY JUDGMENT** |
| | ) |
| Michael Chertoff, Secretary, DHS, et al., | ) **Date: February 20, 2008** |
| | ) **Time: 9:30 am** |
| Defendants. | ) |

## I. INTRODUCTION

Plaintiff Lavanya Agrawal files her Points and Authorities in support of her Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56(c).

Plaintiff filed a petition for writ of mandamus and complaint because Defendants have failed to adjudicate her application for naturalization (Form N-400) within the 120-day statutory period as set forth. 8 U.S.C. 1447(b). Plaintiff was interviewed and examined on her N-400 application at the USCIS office in San Jose, California on April 18, 2006. Plaintiff brought this

MEMORANDUM OF POINTS AND AUTHORITIES                                                  C 07-05595 RS

-1-

action approximately 18 months later. To date, she has not received a decision on her naturalization application and Defendants have not indicated when she can expect a decision.

Summary judgment is proper where there is no genuine issue as to any material fact. Fed. R. Civ. P. 56(c). Defendants admit that Plaintiff was interviewed on her application on April 18, 2006; therefore, by their admission, Plaintiff's application has been pending for more than 120 days.

Plaintiff requests this Court to grant her motion for Summary Judgment and approve her naturalization or at the very least, to order Defendants to complete their adjudication of her naturalization application and upon Defendants determination, to schedule Plaintiff to be sworn in as a United States Citizen.

## II. STATEMENT OF UNDISPUTED FACTS

The undisputed facts are: (1) that Plaintiff filed her application for naturalization (N-400) on December 1, 2005 by mailing her application to the USCIS California Service Center in Laguna Niguel (see Defendant's "Answer", #5 and Plaintiff's declaration, #3); (2) that Plaintiff was either interviewed or examined on her application on April 18, 2006 at the USCIS San Jose sub-office (see Defendants "Answer", #7 and Plaintiff's declaration, #5); (3) that Plaintiff passed the English and civics test and her application is pending FBI background checks (see Defendants' "Answer", #12 and Plaintiff's declaration, #5); and (4) that the period prescribed by Defendants for ruling on naturalization applications has long since passed (see Defendants' "Answer" #13).

## III. ARGUMENT

Summary judgment is proper when the pleadings show there is no genuine issue of material fact and the moving party is entitled to judgment as a matter of law. Fed.R.Civ.P.56(c). The moving party for summary judgment bears the burden of identifying those portions of the pleadings, discovery and affidavits that demonstrate the absence of a genuine issue of material fact. Celotex Corp. v. Catrett 477 U.S. 317, 323, 106 S.Ct. 2548 (1986).

Defendants by their "Answer" admit Plaintiff was interviewed on her naturalization application more than 120 days and that the prescribed period for adjudicating her application is long past.

This court has subject matter jurisdiction to hear suits to compel agency action on a naturalization application when the 120 day period has passed pursuant to 8 U.S.C.1447 (b), (also INA 336 (b)) which provides:

> "If there is a failure to make a determination under section 1446 of this title before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the (CIS) to determine the matter."

In their "Answer" Defendants distinguish between Plaintiff's "interview" on April 18, 2006 versus her "examination" on April 18, 2006. Although Defendants would have the court distinguish between an interview and examination, they do not elaborate on the effect of this distinction. Perhaps because in the context of Plaintiff's application, and as supported by statute, regulations and the weight of case law, such a distinction is specious. Plaintiff requests this court to rely on the plain language of the statute and Defendants own implementing regulations (see below) which refer to "the date on which the examination is conducted" as referring to the date of her interview.

In Walji v. Gonzales 500 F. 3d 432 (U.S.C.A. 5th Cir. 2007), the court held that the 120 days begins to run when the initial interview is conducted.

The same court found support in implementing regulations at 8 C.F.R. 335.3(a) which states:

> "…A decision to grant or deny the application shall be made at the time of the initial examination or within 120 days after the date of the initial examination of the

MEMORANDUM OF POINTS AND AUTHORITIES                                    C 07-05595 RS

-3-

applicant for naturalization under §335.2. The applicant shall be notified that the application has been granted or denied…"

And at 8 C.F.R. 335.3(b) which is triggered when a Service officer cannot make a determination on the application because of deficiencies in the application thus requiring reexamination:

"The officer must inform the applicant in writing of the grounds to be overcome or the evidence to be submitted. The applicant shall not be required to appear for a reexamination earlier than 60 days after the first examination. However, the reexamination on the continued case shall be scheduled within the 120-day period after the initial examination, except as otherwise provided under §312.5(b) of this chapter…"

And at C.F.R. 312.5(b) which requires the applicant requesting a postponement of a second examination, to agree in writing to waive the requirement under INA 336(b) that USCIS must render a decision on the application within 120 days from the initial interview.

The same court also noted legislative history that supported its interpretation of "examination" as a "discrete event – the initial interview".

Finally the court in Walji found support in two circuit court decisions concluding without analysis that, where the Service failed to act within 120 days of an applicant's initial interview, upon the applicant's filing suit, the district court takes exclusive jurisdiction over the naturalization application. U.S. v. Hovsepian 358 F.3d 1144, 1161 (9th Cir. 2004).; Etape v. Chertoff, 497 F. 3d 379, 386-87 (4th Circ. Aug 2, 2007)

In Ahmadi v. Chertoff 2007 U.S. Dist. LEXIS 81629 (N.D.Ca Oct. 15, 2007), following Walji, and citing Hovsepian the court stated that "The Ninth Circuit has noted that Section 1447(b) requires the INS to make a decision regarding a naturalization application within 120 days if the initial interview of the applicant".

## IV. CONCLUSION

In conclusion, based on the statute, regulations and decisions from this circuit and the Fifth Circuit Court of Appeals, this court has subject matter jurisdiction over plaintiff's

MEMORANDUM OF POINTS AND AUTHORITIES                                    C 07-05595 RS

naturalization application because more than 120 days have passed since plaintiff's interview and defendants have failed to adjudicate the application.

As such, this court has the authority to grant plaintiff's motion for summary judgment and plaintiff's application for United States citizenship or in the alternative, this court has the authority to remand the matter to USCIS with instructions to complete adjudication on plaintiff's application within 10 days of its decision and upon its determination, to schedule plaintiff for swearing-in as a Untied States citizen within 30 days of its decision.

DATED: 1/14/2008

_____
Millie-Anne M.L. Sumcad
Attorney for Plaintiff

1  Schwerin and Sumcad
   84 West Santa Clara Street, Suite 550
2  San Jose, CA 95113
   Telephone Number: 408-295-4232
3  FAX: 408-295-4771
   Millie Anne M.L. Sumcad (CA State Bar No. 127091)
4  Email: msumcad@ix.netcom.com

5  Attorney for Plaintiff, Lavanya Agrawal

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10 Lavanya Agrawal,                    )   No. C 07-05595 RS
                                       )
11 Plaintiff,                          )   **(PROPOSED) ORDER GRANTING**
                                       )   **SUMMARY JUDGMENT**
12 v.                                  )
                                       )   Date: February 20, 2008
13 Michael Chertoff, Secretary, DHS, et al., )   Time: 9:30 am
                                       )
14 Defendants.                         )
                                       )
15 _____)

16         The notice of Plaintiff for summary judgment came on regularly for hearing before this

17 Court on February 20, 2008 and Millie Anne Sumcad appeared as attorney for Plaintiff and

18 Melanie L. Proctor appeared as attorney for defendants.

19         After considering the moving and opposition papers, arguments of counsel and all other

20 matters presented to the Court, IT IS ORDERED THAT Plaintiff's motion is GRANTED and

21 her application remanded to Defendants so they can complete the ajudication of Plaintiff's

22 application within 10 days of the Court's decision and Plaintiff can be sworn in as a citizen

23 within 30 days of USCIS determination.

24 Dated:

25                                         _____
                                           RICHARD SEEBORG
26                                         United States Magistrate Judge

27

28

(PROPOSED) ORDER GRANTING SUMMARY JUDGMENT                              C 07-05595 RS

-1-

Schwerin and Sumcad
84 West Santa Clara Street, Suite 550
San Jose, CA 95113
Telephone Number: 408-295-4232
FAX: 408-295-4771
Millie Anne M.L. Sumcad (CA State Bar No. 127091)
Email: msumcad@ix.netcom.com

Attorney for Plaintiff, Lavanya Agrawal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lavanya Agrawal,<br><br>Plaintiff,<br><br>v.<br><br>Michael Chertoff, Secretary, DHS, et al.,<br><br>Defendants. | No. C 07-05595 RS<br><br>**(PROPOSED) ORDER GRANTING SUMMARY JUDGMENT**<br><br>Date: February 20, 2008<br>Time: 9:30 am |

The notice of Plaintiff for summary judgment came on regularly for hearing before this Court on February 20, 2008 and Millie Anne Sumcad appeared as attorney for Plaintiff and Melanie L. Proctor appeared as attorney for defendants.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS ORDERED THAT Plaintiff's motion is GRANTED and her naturalization application APPROVED.

Dated:

_____
RICHARD SEEBORG
United States Magistrate Judge

Schwerin and Sumcad
84 West Santa Clara Street, Suite 550
San Jose, CA 95113
Telephone Number: 408-295-4232
FAX: 408-295-4771
Millie Anne M.L. Sumcad (CA State Bar No. 127091)
Email: msumcad@ix.netcom.com

Attorney for Plaintiff, Lavanya Agrawal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lavanya Agrawal,<br><br>Plaintiff,<br><br>v.<br><br>Michael Chertoff, Secretary, DHS, et al.,<br><br>Defendants. | No. C 07-05595 RS<br><br>**JUDGMENT**<br><br>Date: February 20, 2008<br>Time: 9:30 am |

This action came on hearing before the Court on February 20, 2008, Hon. Richard Seeborg, Magistrate Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff's motion for summary judgment be granted and Defendants shall complete its adjudication of Plaintiff's naturalization application within 10 days of this Judgment and schedule Plaintiff's naturalization ceremony within 30 days of USCIS' determination.

Dated:

                                                  RICHARD SEEBORG
                                                  United States Magistrate Judge

JUDGMENT                                                           C 07-05595 RS

Schwerin and Sumcad
84 West Santa Clara Street, Suite 550
San Jose, CA 95113
Telephone Number: 408-295-4232
FAX: 408-295-4771
Millie Anne M.L. Sumcad (CA State Bar No. 127091)
Email: msumcad@ix.netcom.com

Attorney for Plaintiff, Lavanya Agrawal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lavanya Agrawal, | No. C 07-05595 RS |
| Plaintiff, | **JUDGMENT** |
| v. | Date: February 20, 2008 |
| | Time: 9:30 am |
| Michael Chertoff, Secretary, DHS, et al., | |
| Defendants. | |

This action came on hearing before the Court on February 20, 2008, Hon. Richard Seeborg, Magistrate Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff's motion for summary judgment be granted and Plaintiff's naturalization application be approved.

Dated:

_____
RICHARD SEEBORG
United States Magistrate Judge

JUDGMENT                                                                 C 07-05595 RS