Schwerin and Sumcad
84 West Santa Clara Street, Suite 550
San Jose, CA 95113
Telephone Number: 408-295-4232
FAX: 408-295-4771
Millie Anne M.L. Sumcad (CA State Bar No. 127091)
Email: msumcad@ix.netcom.com

Attorney for Plaintiff, Lavanya Agrawal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Lavanya Agrawal,          )   No. C 07-05595 RS
                          )
                          )   DECLARATION OF LAVANYA
Plaintiff,                )   AGRAWAL IN SUPPORT OF MOTION
                          )   FOR SUMMARY JUDGMENT
                          )
v.                        )
                          )
                          )
Michael Chertoff, Secretary, DHS, et al., )  Date: February 20, 2008
                          )
                          )   Time: 9:30 am
Defendants.               )
                          )
                          )
                          )
                          )
_____)

I, Lavanya Agrawal, declare as follows:

1.    I reside at 5053 Doyle Road, San Jose, California 95129;

2.    I am the Plaintiff in this matter;

3.    On December 1, 2005, I filed an application for United States Citizenship (Form N-400) by mailing the application to USCIS California Service Center in Laguna Niguel, California, which has jurisdiction over my residence and therefore my application;

DECLARATION OF LAVANYA AGRAWAL                                       C 07-05595 RS

-1-

4. On February 4, 2006, I presented myself for fingerprinting in connection with my naturalization application at the USCIS Application Support Center located at 122 Charcot Ave., San Jose, California 95131 so that USCIS could commence my security background checks;

5. On April 18, 2006, I was interviewed on my application at the USCIS San Jose sub-office located at 1887 Monterey Road, San Jose, California 95112. I was tested on my knowledge of English and civics. The USCIS officer who interviewed me said I passed the test and that all USCIS was waiting for was for my FBI Name Check to be completed. I am attaching a copy of the notice from the USCIS officer I received that day. The same notice advises that I have the right to request a hearing before a U.S. district court if a determination on my application is not made within 120 days of the date of my examination;

6. Since my interview, I have sent numerous inquiries to USCIS, specifically on July 18, 2006, December 7, 2006 and on October 11, 2007. On October 11, 2007, I was advised by a USCIS representative of my right to a hearing before a U.D. District Court Judge.

I declare under penalty of perjury the foregoing to be true and correct.

Executed within the United States on 1/11/08    [signature: Lavanya Agrawal]

DECLARATION OF LAVANYA AGRAWAL                    C 07-05595 RS

-2-

*Receipt*
WSC * 0014167752

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

N-652,


A075473986
A075473986

On ___04/18/2006___, you were interviewed by USCIS officer ___Vic Karazija___.

- [x] You passed the tests of English and U.S. history and government.
- [ ] You passed the tests of U.S. history and government and the English language requirement was waived.
- [ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.
- [ ] You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- [ ] Please follow the instructions on Form N-14.
- [ ] USCIS will send you a written decision about your application.
- [ ] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __✓__ A decision cannot yet be made about your application. *Awaiting FBI Name Check*

**It is very important that you:**

- [x] Notify USCIS if you change your address.
- [x] Come to any scheduled interview.
- [x] Submit all requested documents.
- [x] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.
- [x] Go to any Oath Ceremony that you are scheduled to attend.
- [x] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

*within 30 respond -*

*copy No! → WTC - 1930 603666*
*SNJ*

Form N-652 (Rev. 01/14/05)N