| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6730<br>FAX: (415) 436-6927 |
| 7 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LAVANYA AGRAWAL, | ) | |
| | ) | No. C 07-5595 RS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATED DISMISSAL; PROPOSED** |
| | ) | **ORDER** |
| MICHAEL CHERTOFF, Secretary, DHS; | ) | |
| EMILIO GONZALEZ, USCIS Director; | ) | |
| ROSEMARY MELVILLE, District Director, | ) | |
| USCIS, San Francisco District Office; | ) | |
| FRANCIS SICILIANO, Officer-in-Charge, | ) | |
| USCIS, San Jose sub-office; | ) | |
| ROBERT MUELLER, Director, FBI; | ) | |
| PETER KEISLER, Acting US Attorney General, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for naturalization.

///

///

///

///

STIPULATED DISMISSAL
C07-5595 RS                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: January 22, 2008     Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |

5 | _____/s/_____
6 | MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

7 |

8 | Dated: January 22, 2008     _____/s/_____
MILLIE ANNE M.L. SUMCAD
9 | Attorney for Plaintiff

10 | **ORDER**

11 | Pursuant to the stipulation of the parties, IT IS SO ORDERED.

12 | Dated: _____
RICHARD SEEBORG
13 | United States Magistrate Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2