| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney     *E-FILED 1/23/08* |
| 3 | Chief, Civil Division |
|   | MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LAVANYA AGRAWAL, | ) | |
|   | ) | No. C 07-5595 RS |
| Plaintiff, | ) | |
|   | ) | |
| v. | ) | **STIPULATED DISMISSAL;** ~~**PROPOSED**~~ |
|   | ) | **ORDER** |
| MICHAEL CHERTOFF, Secretary, DHS; | ) | |
| EMILIO GONZALEZ, USCIS Director; | ) | |
| ROSEMARY MELVILLE, District Director, | ) | |
| USCIS, San Francisco District Office; | ) | |
| FRANCIS SICILIANO, Officer-in-Charge, | ) | |
| USCIS, San Jose sub-office; | ) | |
| ROBERT MUELLER, Director, FBI; | ) | |
| PETER KEISLER, Acting US Attorney General, | ) | |
|   | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for naturalization.

///

///

///

///

STIPULATED DISMISSAL
C07-5595 RS                     1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: January 22, 2008     Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 |     /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

8 | Dated: January 22, 2008     /s/
MILLIE ANNE M.L. SUMCAD
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: 1/23/08

RICHARD SEEBORG
United States Magistrate Judge

2